United States Court of Appeals
Fifth Circuit

**F I L E D**

**September 28, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-31028
_____

RICHARD LANDRY, Individually and as partner in the community
of acquets and gains existing between them; TRUDY LANDRY,
Individually and as partner in the community of acquets and gains
existing between them

        Plaintiffs - Appellants

   v.

SPECIALTY DIVING OF LOUISIANA INC; ET AL

        Defendants

SPECIALTY DIVING OF LOUISIANA INC

        Defendant - Appellee

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(02-CV-1746-K)
_____

Before KING, Chief Judge, and SMITH and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

    We affirm the district court's judgment for essentially the

reasons given in the Order & Reasons filed on September 26, 2003.

    AFFIRMED.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.